

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-15-00402-CR

**EX PARTE** Jerry Lee **EDWARDS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On July 2, 2015, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR9303, styled *The State of Texas v. Jerry Lee Edwards*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.